U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 05 2009

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

February 27, 2009

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701



RE:   **CORTEZ-ROCHA, Cesar Antonio**
      Dkt. #5:02CR50067-001
      <u>Violation Report</u>

Dear Judge Hendren:

This is to seek the Court's guidance on the matter of supervision in this case. On April 23, 2003, Cortez-Rocha was sentenced by Your Honor to 77 months imprisonment and a 3 year term of supervised release for illegal reentry into the United States after deportation. Cortez-Rocha was released from prison on December 1, 2008 and subsequently deported to Mexico.

On February 18, 2009, our office received information that Cortez-Rocha was arrested February 9, 2009, in McAllen, Texas on a charge of illegal reentry after deportation. A criminal complaint charging Cortez-Rocha with illegal reentry after deportation has been filed in U.S. District Court, Southern District of Texas, McAllen Division.

Our office has contacted the U.S. Probation Office in McAllen, Texas and that office has agreed to handle a revocation along with the new charge in their Court, if so granted by Your Honor to transfer jurisdiction. However, Supervising U.S. Probation Officer Patricia Brown requested that this office first initiate a petition for a warrant to serve as a detainer pending the initial proceedings and jurisdictional transfer in the event that the Southern District of Texas case is disposed of quickly. The warrant will assure Cortez-Rocha remains in custody pending an Indictment and on the revocation of his term of supervised release. Our office respectfully concurs with the McAllen, Texas U.S. Probation Office. I will continue to monitor this case at Your Honor's direction.

Attached is the Petition for Warrant for Offender Under Supervision form for Your Honor's review. If further information is needed or if the Court prefers to handle this matter differently, please advise. A transfer of jurisdiction request will follow upon the McAllen Probation Office being assigned to the new charge.

Respectfully,

*[signature]*

Michael K. Scott
U.S. Probation Officer

Reviewed by:

*[signature]*

William E. Dunn, Jr.
Supervising U.S. Probation Officer